Christopher Lawrence #1923479
3001 S. Emily Dr.
Beeville T.X, 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

Spetember 16,2015

RE: Copy of Appellate Briefs and Motion for Rehearing/ Lawrence, Clerk
    Sate; No. 03-14-00192-CR

Dear Honorable  Clerk,

   I am writing to humbly request the Appellate Brief and motion for Rehearing that Mr. C. Wayne Huff fileed on my behalf. I have repeatedly requested these documents from him to no avail.  Please if you could help me obtain these document, so that I may continue forward with my Petition for Discretionary Review, because as of now I am indigent and have no way to pay for them. Thank you very much for your cooperation in this matter.

                              Respectfully Submitted,

                              *Chistoper J. Lawrence*
                              Christopher Lawrence #1923479